United States Bankruptcy Court
Middle District of North Carolina

IN RE:   SHIRLEY TEDDER-FREEMAN          Chapter 13
                                         Case Number:  10-80063

Debtor(s).

WITHDRAWAL OF PROOF OF CLAIM

Creditor, WORLD FINANCIAL CAPITAL BANK, BY AMERICAN INFOSOURCE L.P. AS ITS AGENT, hereby withdraws a Proof of Claim, filed on 01/31/2010, marked as claim number 3 on the court's claims register, and in the amount of $345.73.

Dated:  01/31/2009

/s/ Blake Hogan

American InfoSource L.P.
Authorized Agent for Creditor
4515 N Santa Fe Ave Ste B
Oklahoma City OK 73118
(866) 312-1894

Reference Number: